IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>HERCULES OFFSHORE, INC., et al.,<br><br>Debtors. | ) Chapter 11<br>) Bk. No. 15-11685 (KJC)<br>)<br>)<br>) |
| STEERING GROUP OF HOLDERS<br>OF SENIOR NOTES,<br><br>Appellant,<br><br>v.<br><br>OFFICE OF THE UNITED STATES<br>TRUSTEE,<br><br>Appellee. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 15-928-SLR<br>)<br>)<br>)<br>)<br>) |

# ORDER

At Wilmington this 2nd day of November, 2015, having received a recommendation from Chief Magistrate Judge Mary Pat Thynge that this case be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this court;

IT IS ORDERED that the recommendation is accepted and briefing on this bankruptcy appeal shall proceed in accordance with the following schedule per request of the parties:

1. Appellant's brief in support of the appeal is due on or before **December 15, 2015.**

2. Appellee's brief in opposition to the appeal is due on or before **January 29, 2016.**

3. Appellant's reply brief is due on or before **February 29, 2016**.

**NOTE: Please refer to D. Del. LR 7.1.3(4) for page limitations.**

                                                  _____
                                                  United States District Judge